Clear Form

FILED
CLERK, U.S. DISTRICT COURT
11/06/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___asi___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Dipesh Singla )
 )
          Plaintiff, ) CASE NO. 2:25-cv-10660-JWH-E
 )
   vs. ) **APPLICATION TO PROCEED**
Microsoft Corporation et al. ) **IN FORMA PAUPERIS**
 ) **(Non-prisoner cases only)**
 )
          Defendant. )
 )

I, Dipesh Singla, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Not employed          Net: Not employed

Employer: Not employed

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

Gross Income..................................... $28939 (for year ending dec 31 2024)

Net income from Form IL-1040 or IL-1040-X, Line 11:  $26,164

wages per month were variable. no income now

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?      Yes ✓ No ___

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

In my knowledge most income I got was covered in this tax slab after that it was prob. under

$500 or so: Residents: Net income: Subtract Line 10 from Line 9.:$ 26,164 last tax filling

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: Not applicable

Spouse's Place of Employment: NA

Spouse's Monthly Salary, Wages or Income:

Gross $ 0      Net $ 0

4.     a. List amount you contribute to your spouse's support:$ 0

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1           children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2

3

4   5.     Do you own or are you buying a home?        Yes ____ No ✓

5   Estimated Market Value: $ 0     Amount of Mortgage: $ 0

6   6.     Do you own an automobile?             Yes ____ No ✓

7   Make na     Year na     Model na

8   Is it financed? Yes ____ No ✓   If so, Total due: $ 0

9   Monthly Payment: $ 0

10   7.     Do you have a bank account?   Yes ✓   No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: Spruce, 5389 Route 447, Canadensis, PA 18325 (inter

12   it's an online account basically. opened from hr block tax filing

13   Present balance(s): $ 1913

14   Do you own any cash? Yes ____ No ✓ Amount: $ 0

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                       Yes ____ No ✓

17

18   8.     What are your monthly expenses?

19   Rent: $ 0 (check note please below)   Utilities: 0 (check note please below)

20   Food: $ 0 (check note please below)   Clothing: 0 (check note please below)

21   Charge Accounts:

22   Name of Account         Monthly Payment         Total Owed on This Account

23   ?             $ ?             $ ?

24   ?             $ ?             $ ?

25   ?             $ ?             $ ?

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   Approx. $30,000 to parents for tuition, housing, and living costs during studies.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ✓  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Unsure about this other case is filed in NDIL honble court: 1:25-cv-08098 (it's a retaliation claim discrimination and other things, university of Chicago after grievances filing. complex case.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| | |
|---|---|
| 16/08/2025 | Dipesh Singla *(signed: Dipesh Singla)* |
| DATE | SIGNATURE OF APPLICANT |

- 4 -

Note:

Currently living with others due to lack of funds. Market rent and basic expenses (groceries, utilities, personal needs) ) total ~$600/month.