**Clerk of Court**
United States District Court
Northern District of California
Clerk's Office — San Francisco Division

FILED
CLERK, U.S. DISTRICT COURT
11/06/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     asi     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**Re: Request for Service and Court Communication via Email**
Case No.: 2:25-cv-10660-JWH-E
**Plaintiff:** Dipesh Singla
**Defendants**: Microsoft Corporation, et al.

**To the Honorable Court, Honble Judge, and Clerk:**

I, **Dipesh Singla**, respectfully request permission for the Court and the Clerk's Office to serve all filings, notices, and communications related to my case by **email** at the following address:

dipeshsingla668@gmail.com

I make this request because:

1. I currently reside **outside the United States** and do not have a reliable mailing address within the U.S.

2. Physical mail delivery from the U.S. to my current location is **inconsistent and delayed**, which may prevent me from receiving timely court notices.

3. I **regularly monitor my email** and will promptly check and respond to any communications from the Court and opposing counsel.

4. Granting this request will promote efficiency and ensure that I can fully participate in this case without undue delay.

5. I request for ECF Account also, so that fillings can be done online.

6. Plaintiff want to also get case number and other details over the email

7. Allowance to get online and free copies of all documents fillings and stamped copies etc.

I respectfully ask the Court to enter an order permitting service of filings and court communications to me by email only, pursuant to **Federal Rule of Civil Procedure 5(b)(2)(E)** and this Court's discretion.

Thank you for your consideration.

Respectfully submitted,

**Dipesh Singla**
Pro Se Plaintiff

+17734571046 (Do SMS and then call, prefer to use email)

dipeshsingla668@gmail.com

Case 2:25-cv-10660-JWH-E    Document 5    Filed 11/06/25    Page 2 of 2    Page ID #:40